# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**IN RE:**                                                                   **CASE NO. 22-10487-SMR**
**TAMMY SUE REYES**

**DEBTOR**                                                                    **CHAPTER 13**

### TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO THE COURT

      COMES NOW, Deborah B. Langehennig, the Chapter 13 Trustee in this case, and reports the following:

      1.  Debtor filed for relief under Chapter 13 on August 1, 2022.  The Court confirmed the Debtor's plan on January 1, 1900.

      2.  The Trustee has a balance on hand in this case in the amount of $5,009.73 which is owed to the Debtor as a refund.  The Trustee has mailed these funds to the Debtor but the check(s) was (were) not negotiated.

      3.  The Trustee, therefore, believes the unclaimed funds owing the Debtor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

      4.  The Trustee's check for $5,009.73, payable to the Clerk of the Court, is attached to this notice.

      FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all know names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| **Name and Address of Debtor** | **Amount of Disbursment Check** |
|---|---|
| Tammy Sue Reyes<br>740 Fallen Oak Dr.<br>Bertram, TX  78605 | $5,009.73 |

Respectfully submitted,

/s/  Deborah B. Langehennig
_____

Deborah B. Langehennig
P.O. Box 91419
Austin, TX  78709

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                                                     CASE NO. 22-10487-SMR
TAMMY SUE REYES

**DEBTOR**                                                 **CHAPTER 13**

## CERTIFICATE OF SERVICE

    I, Deborah B. Langehennig, certify that a true and correct copy of the Chapter 13 Trustee's Notice to Pay Unclaimed Funds to the Court has been mailed by US Mail (unless otherwise noted below) to the Debtor, to the Debtor's Attorney of Record, and the parties entitled to or requesting service on May 30, 2023.

TAMMY SUE REYES            H BRYAN HICKS PLC
740 FALLEN OAK DR.            901 SECOND ST
BERTRAM, TX 78605           MARBLE FALLS, TX 78654
                                          (SERVED ELECTRONICALLY)

U.S. TRUSTEE
903 SAN JACINTO, SUITE 230
AUSTIN, TX 78701
(SERVED ELECTRONICALLY)

                                                         Respectfully submitted,

                                                         /s/ Deborah B. Langehennig
                                                         Deborah B. Langehennig
                                                         P.O. Box 91419
                                                         Austin, TX 78709